UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

*In re*                                                                 Chapter 7

| | |
|---|---|
| A & B MART & SERVICE, INC. | Case No. : 15-70118-ast |
| BOHEMIA DEVELOPMENT CORP. | Case No. : 15-70119-ast |
| CENTEREACH DEVELOPMENT CORP. | Case No. : 15-70120-ast |
| CORAM ASSOCIATES CORP. | Case No. : 15-70121-ast |
| HAUPPAUGE DEVELOPMENT CORP. | Case No.: 15-70122-ast |
| NORTHPORT ENTERPRISES INC. | Case No. : 15-70123-ast |
| VALLEY STREAM ENTERPRISES INC. | Case No. :  15-70124-ast |

                            Debtors.                        (Jointly Administered)
-----------------------------------------------------------X

## NOTICE OF SETTLEMENT OF PROPOSED STIPULATION AND ORDER

**PLEASE TAKE NOTICE,** that a Proposed Stipulation and Order, of which the within is a true copy, will be presented for settlement to the Honorable Alan S. Trust, United States Bankruptcy Judge of the within-named Court, in the Chambers of the United States Bankruptcy Court, located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on March 5, 2015 at 9:30 a.m. ("Settlement Date").

**PLEASE TAKE FURTHER NOTICE,** that pursuant to EDNY LBR 9072-1(a), counter-orders must be presented and served upon the undersigned no later than 5:00 p.m. in the afternoon three (3) days prior to the Settlement Date, and that if no counter-order is presented and served as aforesaid, the Order may be signed.

Dated:  Westbury, New York
            February 19, 2015

                                                        PRYOR & MANDELUP, L.L.P.
                                                        Attorneys for Robert L. Pryor, Trustee

                                    By:      */s/ Anthony F. Giuliano*
                                                        Anthony F. Giuliano
                                                        675 Old Country Road
                                                        Westbury, New York 11590
                                                        516-997-0999
                                                        afg@pryormandelup.com