UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Chapter 7

| | |
|---|---|
| A & B MART & SERVICE, INC. | Case No.: 15-70118-ast |
| BOHEMIA DEVELOPMENT CORP. | Case No.: 15-70119-ast |
| CENTEREACH DEVELOPMENT CORP. | Case No.: 15-70120-ast |
| CORAM ASSOCIATES CORP. | Case No.: 15-70121-ast |
| HAUPPAUGE DEVELOPMENT CORP. | Case No.: 15-70122-ast |
| NORTHPORT ENTERPRISES INC. | Case No.: 15-70123-ast |
| VALLEY STREAM ENTERPRISES INC. | Case No.: 15-70124-ast |

                    Debtors.                    (Jointly Administered)
-----------------------------------------------------------X

**STIPULATION AND ORDER BETWEEN TRUSTEE AND CUMBERLAND FARMS, INC. AND ITS SUBSIDIARY, GULF OIL LIMITED PARTNERSHIP**

**WHEREAS,** on January 13, 2015 ("Petition Date") A & B Mart & Service, Inc., Bohemia Development Corp., Centereach Development Corp., Coram Associates Corp., Hauppauge Development Corp., Northport Enterprises Inc., and Valley Stream Enterprises Inc. (collectively, the "Debtors") each filed petitions for relief from their creditors pursuant to Chapter 7 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code"); and

**WHEREAS,** at the Meeting of Creditors held pursuant to Section 341(a) of the Bankruptcy Code, Robert L. Pryor, Esq. ("Trustee") was appointed, and is acting as, the Chapter 7 Trustee of the above-captioned bankruptcy cases ("Bankruptcy Cases"); and

**WHEREAS,** prior to the Petition Date, in connection with the Debtors' operation of gas stations, the Debtors each entered into various agreements with Cumberland Farms, Inc. ("Cumberland") and its subsidiary, Gulf Oil Limited Partnership ("Gulf") and/or ExxonMobil Oil Corporation ("Mobil") including: (1) Dealer Contract of Sale, with related agreements (collectively, the "Dealer Contracts"); (2) PMPA Franchise Agreement and related agreements (collectively, "PMPA Agreement") and (3) Retail Motor Fuel Outlet Lease, which is a lease of the premises at

1

which each of the Debtors operated the gas stations (the "Lease and, collectively with the Dealer Contracts, and PMPA Agreement, the "Franchise Agreements"); and

**WHEREAS**, in or about February 2010, Cumberland purchased the rights to own and operate numerous Mobil-branded stations throughout Nassau County and Suffolk County including the station operated by Debtor, Hauppauge Development Corp., and is specifically permitted under its license with Mobil to sublease Mobil's trademark rights to Gulf's tenants and/or sub-franchisors subject to certain terms; and

**WHEREAS,** the Trustee, Cumberland and Gulf have agreed to extend the Trustee's time to assume or reject the Franchise Agreements subject to the terms and conditions of this Stipulation and Order.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:**

1. The foregoing paragraphs are incorporated herein by reference and agreed to by the parties hereto.

2. The Trustee's time to assume or reject the Franchise Agreements and Leases is hereby extended through and including June 12, 2015 without prejudice to seek a further extension of time.

3. This Agreement does not constitute a waiver of the respective rights of the Trustee or of Cumberland and/or Gulf with respect to the Franchise Agreements including whether such Franchise Agreements and Leases may be assumed and assigned by the Trustee under the Petroleum Marketing Practices Act ("PMPA") and/or Title 11 (except that Cumberland and/or Gulf waives its right to assert that the Franchise Agreements were terminated under the PMPA by operation of law as a result of more than 90 days having elapsed during the period from the Petition Date through and including June 12, 2015, but without conceding thereby that such period is applicable under the PMPA).

4. Nothing herein shall be construed as prejudicial to, or a waiver of, any right, claim, or defense under PMPA or other applicable law by Cumberland and/or Gulf with respect to the Chapter 11 Debtor cases.

Dated: New York, New York
      February 23, 2015        MCCUSKER, ANSELMI, ROSEN
                                                        & CARVELLI, P.C.
                                                        Attorneys for Cumberland Farms, Inc.
                                                        and Gulf Oil Limited Partnership

                                         By:    /s/ Bruce S. Rosen
                                                        Bruce S. Rosen
                                                        805 Third Avenue, 12th Floor
                                                        New York, New York 10022
                                                        212-308-0070

Dated: Westbury, New York
      February 23, 2015        PRYOR & MANDELUP, L. L.P.
                                                        Attorneys for Robert L. Pryor, Trustee

                                         By:    /s/ Anthony F. Giuliano
                                                        Anthony F. Giuliano
                                                        675 Old Country Road
                                                        Westbury, NY 11590
                                                        516-997-0999

**SO ORDERED:**




**Dated: February 24, 2015**                                               **Alan S. Trust**
        **Central Islip, New York**                            **United States Bankruptcy Judge**