UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
*In re*                                                    Chapter 7

| | |
|---|---|
| A & B MART & SERVICE, INC. | Case No. : 15-70118-ast |
| BOHEMIA DEVELOPMENT CORP. | Case No. : 15-70119-ast |
| CENTEREACH DEVELOPMENT CORP. | Case No. : 15-70120-ast |
| CORAM ASSOCIATES CORP. | Case No. : 15-70121-ast |
| HAUPPAUGE DEVELOPMENT CORP. | Case No.:  15-70122-ast |
| NORTHPORT ENTERPRISES INC. | Case No. : 15-70123-ast |
| VALLEY STREAM ENTERPRISES INC. | Case No. :  15-70124-ast |

Debtors.                                                   (Jointly Administered)
-----------------------------------------------------------X

## TRUSTEE'S STATEMENT OF AUCTION RESULTS

Robert L. Pryor, Esq., the Chapter 7 trustee (the "Trustee") of A & B Mart & Service, Inc., Bohemia Development Corp., Centereach Development Corp., Coram Associates Corp., Hauppauge Development Corp., Northport Enterprises Inc., and Valley Stream Enterprises Inc. (collectively, the "Debtors"), by his attorneys, Pryor & Mandelup, LLP hereby submits this statement of the Auction results:

1.　On January 13, 2015 (the "Petition Date") each of the Debtors filed petitions for relief from their creditors pursuant to Chapter 7 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code").

2.　At the Meeting of Creditors held pursuant to Section 341(a) of the Bankruptcy Code, Robert L. Pryor, Esq. ("Trustee") was appointed, and is acting as, the Chapter 7 Trustee of the above-captioned bankruptcy cases (the "Bankruptcy Cases")

3.　The Debtors are New York Corporations which, prior to the Petition Date, each operated separate gas stations at various locations on Long Island, New York.

4.　On January 23, 2015, the Court entered an order jointly administering the Debtors' Chapter 7 Bankruptcy Cases.

5. On April 6, 2015 the Bankruptcy Court entered an order (the "Sale Order") [Docket No. 38] authorizing, inter alia, the Trustee to conduct an auction sale (the "Auction") of substantially all of the Debtors' assets free and clear of all liens, claims, and encumbrances and approving the Bidding Procedures and related procedures in connection with the Auction.

6. In accordance with the Sale Order, the Trustee, by and through his duly retained Broker, Keen-Summit Capital Partners LCC, conducted the Auction on May 8, 2015.

7. The Auction generated a total of $970,000 in successful bids for five (5) of the seven (7) Debtors. The Trustee did not receive successful bids for two of the Debtors. Annexed hereto as **Exhibit A** is a schedule of the successful bids and backup bids (if any) for each of the Debtors.

Dated: May 8, 2015
       Westbury, New York

**PRYOR & MANDELUP, LLP**
Attorneys for the Trustee

By: */s/Anthony F. Giuliano*,
Anthony F. Giuliano
675 Old Country Road
Westbury, New York 11590
(516) 997-0999