UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
*In re*

                                      Chapter 7

A & B MART & SERVICE, INC.        Case No. : 15-70118-ast
BOHEMIA DEVELOPMENT CORP.    Case No. : 15-70119-ast
CENTEREACH DEVELOPMENT CORP.   Case No. : 15-70120-ast
CORAM ASSOCIATES CORP.        Case No. : 15-70121-ast
HAUPPAUGE DEVELOPMENT CORP.   Case No.: 15-70122-ast
NORTHPORT ENTERPRISES INC.     Case No. : 15-70123-ast
VALLEY STREAM ENTERPRISES INC.  Case No. :  15-70124-ast

                    Debtors.       (Jointly Administered)
-----------------------------------------------------------X

### STIPULATION AND ORDER BETWEEN TRUSTEE AND CUMBERLAND FARMS, INC. AND ITS SUBSIDIARY, GULF OIL LIMITED PARTNERSHIP

      **WHEREAS,** on January 13, 2015 ("Petition Date") A & B Mart & Service, Inc.,

Bohemia Development Corp., Centereach Development Corp., Coram Associates Corp., Hauppauge

Development Corp., Northport Enterprises Inc., and Valley Stream Enterprises Inc. (collectively, the

"Debtors") each filed petitions for relief from their creditors pursuant to Chapter 7 of Title 11 of the

United States Bankruptcy Code ("Bankruptcy Code"); and

      **WHEREAS,** at the Meeting of Creditors held pursuant to Section 341(a) of the

Bankruptcy Code, Robert L. Pryor, Esq. ("Trustee") was appointed, and is acting as, the Chapter 7

Trustee of the above-captioned bankruptcy cases ("Bankruptcy Cases"); and

      **WHEREAS,** prior to the Petition Date, in connection with the Debtors' operation of

gas stations, the Debtors each entered into various agreements with Cumberland Farms, Inc.

("Cumberland") and its subsidiary, Gulf Oil Limited Partnership ("Gulf") and/or  ExxonMobil Oil

Corporation ("Mobil") including: (1) Dealer Contract of Sale, with related agreements (collectively,

the "Dealer Contracts"); (2) PMPA Franchise Agreement and related agreements ( collectively,

"PMPA Agreement") and (3)  Retail Motor Fuel Outlet Lease, which is a lease of the premises at

which each of the Debtors operated the gas stations (the "Lease and, collectively with the Dealer Contracts, and PMPA Agreement, the "Franchise Agreements"); and

WHEREAS, in or about February 2010, Cumberland purchased the rights to own and operate numerous Mobil-branded stations throughout Nassau County and Suffolk County including the station operated by Debtor, Hauppauge Development Corp., and is specifically permitted under its license with Mobil to sublease Mobil's trademark rights to Gulf's tenants and/or sub-franchisors subject to certain terms; and

WHEREAS, on February 24, 2015 the Court entered a Stipulation and Order extending the Trustee's time to assume or reject the Franchise Agreements through and including June 12, 2015 without prejudice to seek a further extension of time; and

WHEREAS, the Trustee, Cumberland and Gulf have agreed to further extend the Trustee's time to assume or reject the Franchise Agreements subject to the terms and conditions of this Stipulation and Order.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:**

1. The foregoing paragraphs are incorporated herein by reference and agreed to by the parties hereto.

2. The Trustee's time to assume or reject the Franchise Agreements and Leases is hereby extended through and including August 12, 2015 without prejudice to seek a further extension of time.

3. This Agreement does not constitute a waiver of the respective rights of the Trustee or of Cumberland and/or Gulf with respect to the Franchise Agreements including whether such Franchise Agreements and Leases may be assumed and assigned by the Trustee under the Petroleum Marketing Practices Act ("PMPA") and/or Title 11 (except that Cumberland and/or Gulf waives its right to assert that the Franchise Agreements were terminated under the

2

PMPA by operation of law as a result of more than 90 days having elapsed during the period from the Petition Date through and including August 12, 2015, but without conceding thereby that such period is applicable under the PMPA).

        4.     Nothing herein shall be construed as prejudicial to, or a waiver of, any right, claim, or defense under PMPA or other applicable law by Cumberland and/or Gulf with respect to the Chapter 11 Debtor cases.

Dated: New York, New York
      May 27, 2015
                              MCCUSKER, ANSELMI, ROSEN
                              & CARVELLI, P.C.
                              Attorneys for Cumberland Farms, Inc.
                              and Gulf Oil Limited Partnership

                     By:      **/s/ Bruce S. Rosen**
                                Bruce S. Rosen
                              805 Third Avenue, 12th Floor
                              New York, New York 10022
                              212-308-0070

Dated: Westbury, New York
      May 27, 2015
                              PRYOR & MANDELUP, L. L.P.
                              Attorneys for Robert L. Pryor,  Trustee

                     By:      **/s/ Anthony F. Giuliano**
                                Anthony F. Giuliano
                              675 Old Country Road
                              Westbury, NY 11590
                              516-997-0999